No. 216. UNITED STATES *v.* ELMHIRST, EXECUTRIX. October 13, 1930. Petition for writ of certiorari to the Court of Claims denied. *Solicitor General Thacher* for the United States. *Messrs. Swagar Sherley, Frederick DeC. Faust,* and *Charles F. Wilson* for respondent.

· No. 221. PICKFORD ET AL. *v.* JACKSON, RECEIVER. October 13, 1930. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Lawrence Koenigsberger* for petitioners. No appearance for respondent.

No. 222. KAUFMAN ET AL. *v.* JACKSON, RECEIVER. October 13, 1930. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Lawrence Koenigsberger* for petitioners. No appearance for respondent.

No. 223. BURNET, COMMISSIONER OF INTERNAL REVENUE, *v.* FIRST TRUST & SAVINGS BANK. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Solicitor General Thacher, Assistant Attorney General Youngquist* and *Messrs. Sewall Key, A. H. Conner, Clarence M. Charest,* and *Allin H. Pierce* for petitioner. *Mr. W. S. Hammers* for respondent.

No. 224. HIGMAN TOWING Co. *v.* THE SOUTHSEAS ET AL. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Brantly Harris* and *John David Watkins* for peti-